IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA FIGUEROA-GONZÁLEZ,

   Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

CIVIL NO. 12-1514 (CVR)

**OPINION AND ORDER**

     Plaintiff María Figueroa-González (hereafter "Plaintiff") filed this complaint seeking review of a final decision of the Commissioner of Social Security (hereafter "Commissioner") which denied her application for disability insurance benefits. (Docket No. 1).

     On October 29, 2013, the Commissioner requested the case to be remanded under sentence four of 42 U.S.C. § 405(g) for further action and for entry of final judgment. (Docket No. 30). The Commissioner submits it is seeking remand because further evaluation of the severity of Plaintiff's carpal tunnel syndrome necessary; the decision of the Administrative Law Judge ("ALJ") does not contain the required analysis of some of the medical opinions of record or an evaluation of the October 11, 2010 functional assessment by treating source Dr. Sandra Mancilla; the ALJ did not evaluate the medical assessment of consultative examining physician Dr. Christine Meyer; and there is conflicting evidence in the record regarding Plaintiff's abilities that needs te be resolved by the ALJ. Id. at pp. 3-4 and 7. For these and other reasons, the Commissioner requests that its decision be reversed and the case be remanded for further administrative proceedings.

Having considered the Commissioner's request and Plaintiff's Memorandum of Law (Docket No. 23), the Commissioner's decision is reversed and the case is remanded to the Social Security Administration's Office of Disability Adjudication and Review for further proceedings. Judgment shall be entered remanding the case to the Commissioner of Social Security.

## CONCLUSION

In view of the foregoing, the Commissioner's request to remand (Docket No. 30) is GRANTED. This case is remanded to the Commissioner for further administrative action.

Judgment is to be entered accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 31st day of October of 2013.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ RIVE
UNITED STATES MAGISTRATE JUDGE